**DISMISS and Opinion Filed October 28, 2015.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00946-CV

**MAURICE SAULS, Appellant**
**V.**
**DALLAS COUNTY, CITY OF DALLAS,**
**DALLAS INDEPENDENT SCHOOL DISTRICT,**
**DALLAS COUNTY SCHOOL EQUALIZATION FUND,**
**DALLAS COUNTY COMMUNITY COLLEGE DISTRICT,**
**AND PARKLAND HOSPITAL DISTRICT, Appellees**

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. TX-14-30227

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Lang

The clerk's record is past due. By letter dated September 3, 2015, we informed appellant that the Dallas County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay the clerk's fee for preparing the record. We directed appellant to provide, within ten days, written verification that payment or arrangements for payment of the clerk's fee had been made or written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that if the Court did not receive the required documentation within the time specified we may dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellant has not filed a response. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150946F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAURICE SAULS, Appellant

No. 05-15-00946-CV       V.

DALLAS COUNTY, CITY OF DALLAS, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, AND PARKLAND HOSPITAL DISTRICT, Appellees

On Appeal from the 193rd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. TX-14-30227.
Opinion delivered by Justice Lang.
Justices Evans and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DALLAS COUNTY, CITY OF DALLAS, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, AND PARKLAND HOSPITAL DISTRICT recover their costs of this appeal from appellant MAURICE SAULS.

Judgment entered this 28th day of October, 2015.